IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| NOLAND HILL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:10-CV-054 |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO DISMISS

On May 2, 2011, plaintiff NOLAND HILL filed a Motion to Dismiss, advising he no longer wishes to pursue this claim. On May 6, 2011, the United States Magistrate Judge issued a Report and Recommendation, recommending therein plaintiff's motion be granted. As of this date, no objections to the Report and Recommendation have been filed.

Accordingly, the Report and Recommendation is ADOPTED, plaintiff's Motion to Dismiss is GRANTED, and all claims asserted by plaintiff in his original complaint are DISMISSED.

IT IS SO ORDERED.

ENTERED this _20th_ day of _May_ 2011.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE